UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

In Re:                                               Case No. 19-13823-jps

Stephen M. Crone
Mary S. Crone                               Chapter 7
   *aka* Mary A. Stevenson

Debtors.                                      Judge Jessica E. Price Smith

## NOTICE OF APPEARANCE

      Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ('Creditor'), in the above captioned proceedings.

                                                     Respectfully Submitted,

                                                     /s/ Molly Slutsky Simons
                                                     Molly Slutsky Simons (0083702)
                                                    Sottile & Barile, Attorneys at Law
                                                    394 Wards Corner Road, Suite 180
                                                    Loveland, OH 45140
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com
                                                    Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on June 28, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Lee R. Kravitz, Debtors' Counsel
    leekravitz@sbcglobal.net

    Sheldon Stein, Trustee
    ssteindocs@gmail.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Stephen M. Crone, Debtor
2824 Forest Lane
Willoughby Hills, OH 44094

Mary S. Crone, Debtor
2824 Forest Lane
Willoughby Hills, OH 44094

    /s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor